UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 11-00012 PSG |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| JAMES FERGUSON AND ALTHEA FERGUSON, ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

On January 3, 2011, Plaintiff Rick Futia ("Futia") filed a complaint alleging claims for denial of full and equal access to a public accommodation. Pursuant to General Order No. 56, "[i]f within 45 days from the joint inspection and review, the parties cannot reach an agreement on injunctive review, or cannot settle the damages and fees claims, plaintiff shall file a 'Notice of Need for Mediation' . . . ." *See* General Order No. 56, ¶ 6. A joint inspection was to have occurred no later than 100 days after filing the complaint. *See id.* at ¶ 3.

Here, Futia filed his complaint nearly seven months ago and he has not filed a notice of need for mediation. Nor did he seek relief from the requirement. *See id.* at ¶ 8. Accordingly,

IT IS HEREBY ORDERED that no later than August 5, 2011, Futia is ordered to show cause

ORDER, *page 1*

1  why the case should not be dismissed for failure to prosecute the case.
2      IT IS SO ORDERED.
3  Dated: July 28, 2011

PAUL S. GREWAL
United States Magistrate Judge