UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES FERGUSON AND ALTHEA FERGUSON, ET AL.,<br><br>    Defendants. | Case No.: C 11-00012 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

After nearly seven months after the complaint had been filed and no notice of need for mediation was filed, Plaintiff Rick Futia ("Futia") was ordered to show cause why the case should not be dismissed for failure to prosecute the case.[1] Futia timely responded to the order to show cause and requested that no later than September 12, 2011, the court order Futia to either (1) dismiss the case; (2) file a motion for administrative relief; or (3) file a notice of need for mediation. Accordingly,

IT IS HEREBY ORDERED that the order to show cause is dissolved and that no later than

---

[1] *See* Docket No. 8.

ORDER, *page 1*

September 19, 2011, Futia shall either (1) dismiss the case; (2) file a motion for administrative relief; or (3) file a notice of need for mediation.

**IT IS SO ORDERED**.

Dated: September 12, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*