THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-mail: t_stew_3@yahoo.com
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  CV 11-12 PSG |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| JAMES and ALTHEA FERGUSON, as Trustees of the Ferguson Trust, and JAMES FERGUSON, JR., as Trustee of the James Ferguson, Jr. Family Trust, E.P.&G. PROPERTIES, No. 7, LLC, | |
| Defendants. _____/ | |

The Parties hereto stipulate as follows:

The Ferguson Defendants were previously dismissed.

The remaining parties (the Parties) have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the Parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The Parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The Parties request the Court to retain jurisdiction for 2 years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the Parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the Parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 2 years after the date hereof.

Date: January 12, 2012                                          Date:  January 12, 2012


S/Bradley M. Matteoni,                                          S/Thomas N. Stewart, III,
Attorney for Defendant                                          Attorney for Plaintiff


IT IS SO ORDERED:


Date:  2/29/2012                                          _____
                                                          U.S. ~~Judge~~/Magistrate Judge